ALTHEA HORR, *Respondent*, *v.* LEONARD SEATON, *Appellant.* — Order dismissing appeal reversed, with ten dollars costs and disbursements, and order refusing amendment reversed. Opinion by HARDIN, J.

MARY C. LANGLEY, *Respondent v.* RICHARD WADSWORTH, *Executor*, *etc.*, ·*Appellant.* — Order affirmed. Opinion by SMITH, P. J.; BARKER, J., not sitting.

WILLIAM E. STORY, *Respondent*, *v.* CUBA STATE BANK, *Appellant.* — Judgment reversed, and new trial ordered before another referee, costs to abide event. Opinion by SMITH, P. J.

JAMES E. THOMPSON, *as Executor*, *etc.*, *Plaintiff*, *v.* TRUMAN A. PROCTOR, *Defendant.* — Judgment for plaintiff, pursuant to opinion. Opinion by SMITH, P. J.

MARY FLANNERY, *Appellant*, *v.* HENRY JAMES and another, *Respondents.* — Order affirmed, with ten dollars costs and the disbursements of each respondent. Opinion by HARDIN, J.

IN THE MATTER OF THE DISPOSITION OF THE REAL ESTATE OF ANTHONY WASSER, DECEASED, FOR THE PAYMENT OF HIS DEBTS. — Decree of surrogate affirmed, with costs. Opinion by SMITH, P. J.

IN THE MATTER OF THE CLAIM OF MICHAEL M. POMEROY, *Appellant*, · *v.* THE STATE OF NEW YORK, *Respondent.* — Decision of the State board of audit affirmed, without costs.

IN THE MATTER OF THE APPLICATION OF HENRY M. KNAPP, FOR AN ORDER·REQUIRING MARTIN S. CUYKENDALL, AS RECEIVER, ETC.; TO REFUND MONEY, ETC. — Order reversed, without costs and without prejudice to any subsequent suit. MACOMBER, J., not sitting.

IN THE MATTER OF THE APPLICATION OF STEPHEN KIMBALL. — The same in all respects.

IN THE MATTER OF THE APPLICATION · OF AMOS DOUGLASS. — The same in all respects.

THE TOWN OF CHERRY CREEK, *Respondent*, *v.* PHILIP DECKER, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements, on opinion of DANIELS, J., at Special Term.

WILLIAM H. ABELL and another, *Respondents, v.* THE NEW YORK, LACKAWANNA AND WESTERN RAILWAY COMPANY, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by HARDIN, P. J.

JONATHAN E. ROBINSON and another, *as Executors, Respondents, v.* EPHRIAM A. SMITH and another, *Appellants, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by DWIGHT, J.

JOHN W. DAVIS · *v.* THE CHAUTAUQUA LAKE SUNDAY SCHOOL ASSEMBLY. — New trial ordered, costs to abide event. Opinion by HARDIN, J.

DOUGLASS BOARDMAN, *as Surviving Executor, etc., Respondent, v.* EDWARD EVANS and another *Appellants.* — Judgment affirmed on opinion of BARKER, J., at Special Term; BARKER, J., not sitting.